1  GREENBERG TRAURIG, LLP
   MARK D. KEMPLE (SBN 145219)
2  JORDAN D. GROTZINGER (SBN 190166)
3  ASHLEY FARRELL PICKETT (SBN 271825)
   RYAN C. BYKERK (SBN 274534)
4  1840 Century Park East, Suite 1900
5  Los Angeles, California 90067
   Telephone:  310.586.7700
6  Facsimile:   310.586.7800
7  Email:       kemplem@gtlaw.com
                grotzingerj@gtlaw.com
8               farrellpicketta@gtlaw.com
9               bykerkr@gtlaw.com

10 Attorneys for Defendant KinderCare Education LLC
   f/k/a Knowledge Universe Education LLC
11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  ERICA SALGADO, an individual, | Case No. CV 16-765-GW(AFMx) |
| 16 | Hon. George H. Wu |
| 17              Plaintiff, | **JUDGMENT** |
| 18  v. | Courtroom:   10 |
|    | Judge:        Hon. George H. Wu |
| 19  KNOWLEDGE UNIVERSE | |
| 20  EDUCATION, LLC, a Delaware limited | Filed:       October 14, 2014 |
|     liability company, ADP PAYROLL | Removed:     February 3, 2016 |
| 21  SERVICES, INC., a Delaware | Trial Date:  None set |
| 22  corporation, and DOES 1 through 200, | |
|     inclusive, | |
| 23 | |
| 24              Defendant, | |

25
26
27
28

NOTICE OF LODGING AND [PROPOSED] JUDGMENT

1   On July 18, 2016, the Court issued an Order at ECF Dkt. No. 38 granting in whole the Motion to Dismiss Plaintiff Erica Salgado's ("Plaintiff") Second Amended Complaint filed by Defendant KinderCare Education LLC f/k/a Knowledge Universe Education LLC ("Defendant KCE"). For the reasons set forth in that Order, as to Defendant KCE, Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND** and the action is **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, as to Plaintiff's claims against Defendant KCE, Judgment be entered for Defendant KCE and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing from Defendant KCE and that Defendant KCE shall recover, from Plaintiff, costs in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 *et seq.*

**IT IS SO ORDERED.**

Dated: July 20, 2016                    _____
                                         GEORGE H. WU, U.S. District Judge