UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-765-GW (AFMx) | Date | December 12, 2016 |
|---|---|---|---|
| Title | *Erica Salgado v. KinderCare Education, LLC, et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Paul T. Cullen - by telephone | Shannon B. Nakabayashi - by telephone | |

**PROCEEDINGS:** ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED UPON PARTIES FOR FAILURE TO APPEAR ON NOVEMBER 28, 2016;

STATUS CONFERENCE

Court and counsel confer.  For reasons stated on the record, the order to show cause is DISCHARGED.

Parties advise the Court that settlement is reached.  The status conference is continued to January 12, 2017 at 8:30 a.m.  The parties are advised that the status conference will be vacated and no appearance will be required provided that the Stipulation to Dismiss, with a proposed order, is filed by noon on January 10, 2017.

|  | : | 01 |
|---|---|---|
|  | Initials of Preparer | JG |